UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| MARLA SACCO<br>    Plaintiff | : : : | COMPLAINT & JURY DEMAND |
| vs. | : : | Civil Action No: 2:17-cv-16482 |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; and SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.<br>    Defendants<br>_____ | : : : : : : : | |

## AMENDED SHORT FORM COMPLAINT

Plaintiff, **MARLA SACCO**, incorporates by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendants.

Plaintiff further alleges as follows:

1. **Plaintiff:**

   Marla Sacco

2. **Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):**

   Not applicable

3. **Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):**

   Not applicable

**4.**     **Current State of Residence:**    California

**5.**     **State in which Plaintiff alleges injury:**   California

**6.**     **Defendants (check all Defendants against whom a Complaint is made):**

    **a.**     **Taxotere Brand Name Defendants**

        ☐    A.    Sanofi S.A.

        ☐    B.    Aventis Pharma S.A.

        ☒    C.    Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☒    D.    Sanofi-Aventis U.S. LLC

    **b.**     **Other Brand Name Drug Sponsors, Manufacturers, Distributors**

        ☐    A.    Sandoz Inc.

        ☐    B.    Accord Healthcare, Inc.

        ☐    C.    McKesson Corporation d/b/a McKesson Packaging

        ☐    D.    Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☐    E.    Hospira Inc.

        ☐    F.    Sun Pharma Global FZE

        ☐    G.    Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐    H.    Pfizer Inc.

        ☐    I.    Actavis LLC f/k/a Actavis Inc.

        ☐    J.    Actavis Pharma, Inc.

☒ K. Other:

> Based upon good faith belief and to the best of her knowledge, Taxotere/Docetaxel was administered to Plaintiff. Multiple requests have been made by Plaintiff for the NDC numbers applicable to Plaintiff's Taxotere/Docetaxel treatment, including requests directed to the infusion pharmacy/facility. As Plaintiff has been refused this information, this suit has been brought against all Defendants on the market at the time of Plaintiff's administration of the drug.

**7. Basis for Jurisdiction:**

☒ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

**8. Venue:**

**District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:**

> United States District Court
> Eastern District of California
> Bakersfield Division

**9. Brand Product(s) used by Plaintiff (check applicable):**

☒ A. Taxotere

☐ B. Docefrez

☐ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☐     E.     Unknown

☐     F.     Other:

10. **First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9.**

> Approximate Date Range: 2009

11. **State in which Product(s) identified in question 9 was/were administered:**

> California

12. **Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):**

> Plaintiff has suffered injuries as a result of the Taxotere/Docetaxel chemotherapy drug administered to her for treatment of breast cancer. Plaintiff's injuries include, but are not limited to, permanent hair loss, patchy hair growth, no eyelashes, and very thin hair. Her injuries shall be fully set forth in Plaintiff's Fact Sheet and other responsive documents provided to Defendants.

13. **Counts in Master Complaint brought by Plaintiff:**

     ☒     Count I:     Strict Products Liability – Failure to Warn
     ☐     Count II:     Strict Products Liability for Misrepresentation
     ☒     Count III:     Negligence
     ☒     Count IV:     Negligent Misrepresentation
     ☒     Count V:     Fraudulent Misrepresentation
     ☒     Count VI:     Fraudulent Concealment
     ☒     Count VII:     Fraud and Deceit
     ☐     Count VIII:     Breach of Express Warranty (Sanofi Defendants only)

☒ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

> If such be necessary, Plaintiff further asserts causes of action pursuant to California state substantive laws, including but not limited to, negligence, product liability, strict products liability and breach of warranty.
>
> Additionally, Plaintiff invokes the privileges of the substantive and statutory laws of the state of California with respect to fraudulent concealment and the discovery rule as applied to the statute of limitations. Specifically, Plaintiff did not know that her permanent hair loss was related to her use of Taxotere/Docetaxel until in or about October 2017.

14. **Name of Attorneys, Bar Numbers, Law Firms, Phone Numbers, Email Addresses and Mailing Addresses representing Plaintiff:**

DATED: DECEMBER 10, 2017              SHAW COWART, L.L.P.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906

*ATTORNEYS FOR PLAINTIFF,*
*MARLA SACCO*